ZIMMERMAN *v.* WARDEN OF THE MARYLAND PENITENTIARY

[App. No. 3, September Term, 1964.]

*Decided July 28, 1964.*

Before BRUNE, C. J., and HENDERSON, HAMMOND, PRESCOTT, HORNEY, MARBURY and SYBERT, JJ.

PER CURIAM.

For the reasons given by the lower court (Judge Prendergast), this application for leave to appeal is denied.